**RECEIVED**

NOV 2 0 2018

Legal Programs Department

SCANNED at LSP and Emailed
11-20-18 by KS . 7 pages
date    initials   No.

# A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## UNITED STATES DISTRICT COURT

_EASTERN_ DISTRICT OF LOUISIANA

**18-11524**

Anthony Dwayne Farrier
*Plaintiff's full name (first-middle-last)*
*and prisoner number.*

CIVIL ACTION

SECT. F MAG. 1

NO.: 17-7955

**VERSUS**

Robin D. Pittman
Darrel Vannoy
Leon Cannizzaro Jr.
*Defendant(s) full name*

SECTION: "B" (1)

## Instructions for Filing Complaint by Prisoners Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

**IF YOU ARE A PARISH PRISONER**, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

**IF YOU ARE A D.O.C. PRISONER**, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for <u>each</u> defendant no longer employed by the Department of Corrections.

<u>All copies of the complaint must be identical to the original.</u>

The names of all parties must be listed in the caption and in part III of the complaint **exactly the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $400.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed this form, e-mail the original and copies to the Clerk of the United States District Court for the _Eastern Dist._ of Louisiana.

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

      Plaintiff(s): _____

      Defendant(s): _____

   2. Court (if federal court, name the district; if state court, name the parish): _____

   3. Docket number: _____

   4. Name of judge to whom case was assigned: _____

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   6. Date of filing lawsuit: _____

   7. Date of disposition: _____

   C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted? Yes ( ) No ( )

   If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

   _____

II. **Place of present confinement:** _Louisiana State Penitentiary, Angola, La._

   A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )   No (✓)

C. If your answer is YES:

1. Identify the administrative grievance procedure number (s) in which the claims raised in this complaint were addressed. _____

2. What steps did you take? _____

3. What was the result? _____

D. If your answer is NO, explain why not: _____

_____

_____

III. **Parties**

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s): _Anthony Farrier 621114_
_La. St. Pen. Angola, La. 70712_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant, _Robin D. Pittman_ is employed as _Judge_ at _Orleans Parish Criminal District Court, 41st Dist._
Address for Service: _2700 Tulane ave. N.O. La. 70119_

C. Additional Defendant, _Darrel Vannoy_ is employed as _Warden_ at _Louisiana State Penitentiary, Angola_
Address for Service: _Tunica Trace, Angola, La. 70712_

D. Additional Defendant, _Leon Cannizzaro_ is employed as _N.O. D.A._ at _Orleans Parish Dist. Atty Office_
Address for Service: _619 South White Street, N.O. La. 70119_

E. Additional Defendant, _____ is employed as _____ at

Address for Service: _____

IV. Statement of case/claim.

Plaintiff, Anthony Farrier has been committed to Department of Corrections (D.O.C.) custody without due process of law. Statute requiring ten of a twelve person jury must concur to render a verdict, is defective on it's face, as it directs a verdict for the state in violation of plaintiff's Sixth Amendment's jury-trial guarantee and Fourteeth Amendment's due process clause. Plaintiff asserts that he cannot be committed to D.O.C. custody without due process of law.

## V. Relief

Immediate release from D.O.C custody as due process is not satisfied by directed verdicts for the state, and dismissal of charges as time limitations for prosecution has passed.

## VI. Plaintiff's Declaration

1) I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 18 day of November, 2018.

Signature: Anthony Favrier
Print Name: Anthony Favrier
Address: La. State Pen.
City/State/Zip: Angola, La. 70712