# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY FARRIER | CIVIL ACTION |
| VERSUS | NO. 18-11524 |
| ROBIN PITTMAN, ET AL. | SECTION: "F"(1) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on January 9, 2019 and January 31, 2019 (Rec. Doc. Nos. 7 and 8), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's 42 U.S.C. § 1983 claims are **DISMISSED WITH PREJUDICE** to their being asserted again until the Heck conditions are met.

New Orleans, Louisiana, this 1st day of February, 2019.

_____
**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**